WILLIAM S. SCHWARTZ CONST. CO., INC., Respndent, v. GEORGE O. WALBRIDGE, Appellant.— Judgment unanimously affirmed, with costs. We are of opinion that the acknowledgment in the deed, as recorded, was bad, and rendered the title unmarketable. ` If the acknowledgment was correct in the original deed, as claimed by the defendant, then the defendant should have tendered such original deed. To say that it was in his office in another part of the building was`not sufficient. At no time was it produced or tendered to the plaintiff. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

JOSEPH GOLDFARB, Respondent, v. WILLIAM M. BARRETT, as President of the ADAMS EXPRESS COMPANY, etc., Appellant.— Application denied, with ten dollars costs.

EMANUEL LIPKOWITZ, Respondent, v. MAYER LEVENSON, Appellant.— Application denied, with ten dollars costs.

MADELINE J. OSWALD, Respondent, v. JAMES LOORAM, Appellant.— Application denied, with ten dollars costs.

In the Matter of the Application of A. BRUCE BIELASKI for Admission to the Bar. (From the District of Columbia.) — Application granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

RODOLF ARIO and Another, Copartners, etc., Respondents, v. REUBEN PRATT, etc., Appellant.— Motion to dismiss appeal denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

ROSE L. BARNOWITZ, Respondent, v. SIGMUND BARNOWITZ, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, for failure to comply with rule 12.* Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

ANNA BLUM, Respondent, v. EDITH H. HOFFKINS and Another, Appellants, Impleaded with the COUNTY TRUST COMPANY, Respondent.— Motion denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

JOSEPH F. FRAZIER, Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion to dismiss appeal granted, for failure of the appellant to show any merit in the appeal, as required by rule 12.* Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

MARGARET M. FRAZIER, Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion to dismiss appeal granted, for failure of the appellant to show any merit in the appeal, as required by rule 12.* Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

FRANK H. HERTZER, as Administrator, etc., of MARIE FRANCES HERTZER, Deceased, Respondent, v. HENRY GREENSTEIN, Defendant, Impleaded with FRANK D. CREAMER & COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.